**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* ____________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Bartram Park IWC, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA Island Wings Company Grill & Bar |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-2374169 |
| 4. | **Debtor's address** | **Principal place of business**<br>360 Bartram Market Dr.<br>Saint Johns, FL 32259<br>Number, Street, City, State & ZIP Code<br>Saint Johns<br>County<br><br>**Mailing address, if different from principal place of business**<br>Post Office Box 469<br>Ponte Vedra Beach, FL 32004<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Bartram Park IWC, LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7225**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

Debtor **Bartram Park IWC, LLC** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **IWC Jacksonville, LLC** | Relationship | **Affiliate** |
| District | **Middle District of Florida, Jacksonville Division** When **7/02/26** | Case number, if known | **3:26-bk-03002-BAJ** |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
Contact name
Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Bartram Park IWC, LLC**
Name

Case number (*if known*)

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Bartram Park IWC, LLC** Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/05/2026
MM / DD / YYYY

**X** [signature]
Signature of authorized representative of debtor

**Shane E. Powers**
Printed name

Title **Manager**

**18. Signature of attorney**

**X**
Signature of attorney for debtor

Date
MM / DD / YYYY

**Bradley R. Markey**
Printed name

**Thames | Markey**
Firm name

**50 North Laura Street**
**Suite 1600**
**Jacksonville, FL 32202**
Number, Street, City, State & ZIP Code

Contact phone **904-358-4000** Email address **brm@thamesmarkey.law**

**0984213 FL**
Bar number and State

# United States Bankruptcy Court
## Middle District of Florida

In re Bartram Park IWC, LLC
Debtor(s)

Case No.
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Shane E. Powers**<br>**Post Office Box 469**<br>**Ponte Vedra Beach, FL 32004** | | | **100% ownership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date 08/05/2026

Signature [signature]
**Shane E. Powers**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Middle District of Florida**

In re **Bartram Park IWC, LLC** Case No.
Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 08/05/2026

**Shane E. Powers/Manager**
Signer/Title

Bartram Park IWC, LLC
Post Office Box 469
Ponte Vedra Beach, FL 32004

Bradley R. Markey
Thames | Markey
50 North Laura Street
Suite 1600
Jacksonville, FL 32202

ADP, Inc.
1 ADP Blvd.
Roseland, NJ 07068-1728

Alternative Funding Group Corp.
2941 NW 62nd St., Ste. 201
Fort Lauderdale, FL 33309

AT&T
208 S. Akard St.
Dallas, TX 75202

Avion Funding HC, LLC
2365 Nostrand Ave.
Brooklyn, NY 11210

Barrington Park Condominium Associ
P.O. Box 12412
Tallahassee, FL 32317

Bartram Market, LLC
d/b/a Eastland Partners
700 Ponte Vedra Lakes Blvd.
Ponte Vedra Beach, FL 32082

Bryan L. Putnal, Esq.
Smith Hulsey & Busey
One Independent Dr., Ste. 3300
Jacksonville, FL 32202

Champion Brands
5571 Florida Mining Blvd. S
Jacksonville, FL 32257

Cintas
6800 Cintas Blvd.
Cincinnati, OH 45262

Comcast
Comcast Center
1701 JFK Blvd.
Philadelphia, PA 19103

Current employees of unpaid
wages

DirecTV
2230 E. Imperial Hwy.
El Segundo, CA 90245

Ecolab
1 Ecolab Pl.
Saint Paul, MN 55102

Edward Don and Company
9801 Adam Don Pkwy.
Woodridge, IL 60517

FL Dept. of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399

FL Dept. of State
Clifton Building
2661 Executive Center Dr.
Tallahassee, FL 32301

Fleming Island IWC, LLC
Post Office Box 469
Ponte Vedra Beach, FL 32004

Holdings of North Florida, LLC
Post Office Box 469
Ponte Vedra Beach, FL 32004

Hot Schedules
6504 Bridge Point Pkwy., Ste. 425
Austin, TX 78730

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

IWC Corporation
12598 US Hwy. West, Ste. 103
Miramar Beach, FL 32550

IWC Jacksonville, LLC
Post Office Box 469
Ponte Vedra Beach, FL 32004

Kickfin
111 Congress Ave., Ste. 500
Austin, TX 78701

Lexington Recovery, LLC
222 West 37th St., 8th Fl.
New York, NY 10018

MidFlorida Credit Union
6120 NW 1st Pl.
Gainesville, FL 32607

MidFlorida Credit Union
129 S. Kentucky Ave.
Lakeland, FL 33801

MidFlorida Credit Union
Attn: Steve Moseley, Reg. Agt.
129 S. Kentucky Ave.
Lakeland, FL 33801

North Florida Sales
3601 Regent Blvd.
Jacksonville, FL 32224

NUCO
2800 SW Market Pl.
Stuart, FL 34997

PDM Capital, LLC
2433 Knapp St., Ste. 203
Brooklyn, NY 11235

Premier
9801 Premier Pkwy.
Hollywood, FL 33025

Prime Meridian Bank
P.O. Box 13629
Tallahassee, FL 32317

Radiant Talent Group, LLC /
Maverick Staffing Services, LLC
2430 US Highway 27
Ste. 330-219
Clermont, FL 34714

Regions Bank d/b/a
Ascentium Capital
23970 Hwy. 59 N
Kingwood, TX 77339

Republic National
9423 N. Main St.
Jacksonville, FL 32218

Republic Services
18500 N. Allied Way
Phoenix, AZ 85054

Rewards Network Establishment Serv
540 W. Madison St., Ste. 2400
Chicago, IL 60661

Royal IWC, LLC
Post Office Box 469
Ponte Vedra Beach, FL 32004

Shane E. Powers
Post Office Box 469
Ponte Vedra Beach, FL 32004

Southern Glazer Wine & Spirits
2400 SW 145th Ave., Ste. 200
Hollywood, FL 33027

St. Johns County Tax Collector
P.O. Box 9001
Saint Augustine, FL 32085-9001

Tamaya IWC, LLC
Post Office Box 469
Ponte Vedra Beach, FL 32004

Toasted Yolk Fleming Island, LLC
Post Office Box 469
Ponte Vedra Beach, FL 32004

US Foods Holding Corp.
9399 West Higgins Rd., Ste. 100
Rosemont, IL 60018

Wind River Environmental, LLC
46 Lizotte Dr.
Marlborough, MA 01752

Worksite, LLC
2579 N. Toledo Blade Blvd.
North Port, FL 34289